

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00413-CR

| | | |
|---|---|---|
| LaDonna Lynn Welch, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13545) |
| v. | § | January 31, 2019 |
| | § | Opinion by Justice Bassel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
    Justice Dabney Bassel